FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Edward O. Lear, Esq.
Century Law Group LLP.
5200 W. Century Blvd, Suite 345 Los Angeles, California 90045
(310) 642-6900

2010 FEB -2 AM 10: 16

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____

ATTORNEYS FOR: Plaintiff, TERESA PARKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| TERESA PARKER | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV10 0724 RC |
| v. | |
| REDLINE RECOVERY SERVICES LLC | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, TERESA PARKER
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

TERESA PARKER                                     Plaintiff, Alleged Debtor

1/29/10
Date

Sign _____

Edward O. Lear
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)