UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-724 ODW(MANx) | Date | May 18, 2010 |
|---|---|---|---|
| Title | Teresa Parker v. Redline Recovery Services LLC | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Raymond Neal | Not reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs: Not present

Attorneys Present for Defendants: Not present

**Proceedings (In Chambers):   Order Vacating Scheduling Conference**

The Court is in receipt of the parties' Joint Rule 26(f) Report. The Court has reviewed the report and deems a scheduling conference unnecessary. Accordingly, the scheduling conference presently set for May 24, 2010 at 1:30 p.m. is hereby **VACATED**, and no appearances are necessary. A Scheduling and Case Management Order will issue.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN