```
 1  David J. Kaminski (SBN 128509)
    kaminskid@cmtlaw.com
 2  Stephen A. Watkins (SBN205175)
    watkinss@cmtlaw.com
 3  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 4  Los Angeles, California 90045
    (310) 242-2200 Telephone
 5  (310) 242-2222 Facsimile

 6  Attorneys for Defendant,
    REDLINE RECOVERY SERVICES, LLC
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| TERESA PARKER, | CASE NO. CV 10-0724 RC |
|---|---|
| Plaintiff, | **STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |
| vs. | |
| REDLINE RECOVERY SERVICES LLC., | **[FILED CONCURRENTLY WITH [PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant REDLINE RECOVERY SERVICES, LLC. and Plaintiff TERESA PARKER through her respective counsel of record, that Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety as to all parties named therein, pursuant to FRCP 41(a)(1).

/ / /

/ / /

/ / /

1 | DATED: November 2, 2010

3 | By /s/ Rizza Gonzales
4 | Rizza Gonzales, Esq.
  | Attorneys for Plaintiff
  | TERESA PARKER

6 | DATED: November 2, 2010     CARLSON & MESSER LLP

9 | By /s/ David J. Kaminski
  | David J. Kaminski
  | Stephen A. Watkins
  | Attorneys for Defendant,
  | REDLINE RECOVERY SERVICES LLC.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06250.00:168824

2

STIPULATION RE DISMISSAL
CASE NO. CV 10-0724 RC