| | |
|---|---|
| TERESA PARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>REDLINE RECOVERY SERVICES LLC.,<br><br>    Defendant. | CASE NO. CV 10-0724 RC<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

The Court has reviewed the Stipulation of Plaintiffs TERESA PARKER and Defendant REDLINE RECOVERY SERVICES LLC ("RRS") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its/her/their own costs and expenses, including attorneys fees.

**IT IS SO ORDERED**

DATED: _____     _____
UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06250.00:168825

2

[PROPOSED] ORDER RE:
DISMISSAL STIPULATION RE
DISMISSAL
CASE NO. CV 10-0724 RC