1 David J. Kaminski (SBN 128509)
  kaminskid@cmtlaw.com
2 Stephen A. Watkins (SBN205175)
  watkinss@cmtlaw.com
3 CARLSON & MESSER LLP
  5959 W. Century Boulevard, Suite 1214
4 Los Angeles, California 90045
  (310) 242-2200 Telephone
5 (310) 242-2222 Facsimile

6 Attorneys for Defendant,
  REDLINE RECOVERY SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| TERESA PARKER, | ) CASE NO. CV 10-0724 RC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |
| REDLINE RECOVERY SERVICES LLC., | ) [FILED CONCURRENTLY WITH [PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |
| Defendant. | ) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant REDLINE RECOVERY SERVICES, LLC. and Plaintiff TERESA PARKER through her respective counsel of record, that Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety as to all parties named therein, pursuant to FRCP 41(a)(1).

/ / /

/ / /

/ / /

1 | DATED: November 22, 2010

By /s/ Edward O. Lear
Edward O. Lear, Esq.
Attorneys for Plaintiff
TERESA PARKER

DATED: November 22, 2010    CARLSON & MESSER LLP

By /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
REDLINE RECOVERY SERVICES LLC.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06250.00:168824

2

STIPULATION RE DISMISSAL
CASE NO. CV 10-0724 RC