1
2
3
4
5
6
7
8
9
10

| | |
|---|---|
| 11  TERESA PARKER, | CASE NO. CV 10-0724 RC |
| 12           Plaintiff, | |
| 13       vs. | [PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |
| 14  REDLINE RECOVERY SERVICES LLC., | |
| 15           Defendant. | [FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE] |

22  The Court has reviewed the Stipulation of Plaintiffs TERESA PARKER and
23  Defendant REDLINE RECOVERY SERVICES LLC ("RRS") to dismiss with
24  prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation
25  between the parties, the Court orders as follows:
26  / / /
27  / / /
28  / / /

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its/her/their own costs and expenses, including attorneys fees.

**IT IS SO ORDERED**

DATED: _____            _____
                                UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06250.00:168825

2

[PROPOSED] ORDER RE:
DISMISSAL STIPULATION RE
DISMISSAL
CASE NO. CV 10-0724 RC