JS-6

NOTE CHANGES BY THE COURT

| | |
|---|---|
| TERESA PARKER, | CASE NO. CV 10-724 JST(MANx) |
| Plaintiff, | |
| vs. | **ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| REDLINE RECOVERY SERVICES LLC., | |
| Defendant. | **[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation Re Dismissal of Entire Action and All Parties, and pursuant thereto orders the above-entitled lawsuit dismissed in its entirety, with prejudice.

DATED: November 23, 2010            **JOSEPHINE STATON TUCKER**
                                                            UNITED STATES DISTRICT JUDGE

06250.00:168825

1

[PROPOSED] ORDER RE: DISMISSAL STIPULATION RE DISMISSAL
CASE NO. CV 10-0724 RC